UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL LAVI,

    Plaintiff(s),

    v.

CITY OF FREMONT et al.,

    Defendant(s).

_____/

No. C 09-3327 PJH

**ORDER**

In view of the rescheduling of the hearing on defendants' motion to dismiss, the November 12, 2009 date for the initial case management conference is VACATED. The conference will be rescheduled after the pleadings are settled. The parties should remind the court of the need to reschedule at the hearing on the motion.

**IT IS SO ORDERED.**

Dated: October 29, 2009

                                               PHYLLIS J. HAMILTON
                                             United States District Judge