```
Gregory M. Fox, State Bar No. 070876
Dana L. Soong, State Bar No. 168160
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Harvey E. Levine, Esq.
City Attorney
City of Fremont
P.O. Box 5006
Fremont, CA 94537-5006
Tele:   (510) 284.4030
Facsimile:  (510) 284.4031

Attorneys for Defendants CITY OF FREMONT,
CITY OF FREMONT POLICE DEPARTMENT, DOUG LYERLA
and JEFF SWADENER (erroneously sued herein as "Sargent Swander")
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAVI,<br><br>    Plaintiff,<br>  vs.<br><br>CITY OF FREMONT, FREMONT POLICE DEPARTMENT, DOUG LYERLA, SARGENT SWANDER, in his capacity as Police Officer for the City of Fremont, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: CV09-3327 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS WITH PREJUDICE, EACH SIDE TO BEAR THEIR OWN FEES AND COSTS** |

IT IS HEREBY STIPULATED by and between Pro Se Plaintiff Daniel Lavi and Defendants City of Fremont, Fremont Police Department and *each* of the named individual defendant employees of the Fremont Police Department, including but not limited to Doug Lyerla and Jeff Swadener (erroneously sued herein as "Sargent Swander") (together "Defendants"), through counsel, that plaintiff's Complaint in the above-captioned action and all causes of action be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).  Pursuant to the settlement agreement between the parties each side to bear their own fees and costs.

So stipulated and Agreed:

Dated:  November 9, 2009        By: _____/s/_____
                                        DANIEL LAVI
                                        Pro Se Plaintiff


                                BERTRAND, FOX & ELLIOT

Dated: November 9, 2009         By: _____/s/_____
                                        GREGORY M. FOX, Esq.
                                        Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Entire Action is Dismissed with Prejudice, Each Side to Bear Their Own Fees and Costs.

Dated:  11/18/09                _____
                                HONORABLE PHYLLIS J. HAMILTON
                                United States District

ATTORNEY ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: November 17, 2009        _____/s/_____
                                Gregory M. Fox

2

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS